✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  VERMONT

Shaun P. Golden

V.

Hermitage Inn, et al.

**EXHIBIT AND WITNESS LIST**

Case Number:  2:19-cv-018

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Christina Reiss, District Judge | Bertrand, Esq., Girardi, Esq. | NA |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/5/2019 | Johanna Masse | Jennifer Ruddy |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/5/2019 | yes | yes | Lot 29 Appraisal by Mr. Lauren Mason |
| 2 | | 9/5/2019 | yes | yes | Email from Mr. Barnes, May 2017, to Mr. Golden re: real estate |
| 3 | | 9/5/2019 | yes | yes | Appraisal that Mr. Barnes attached to email |
| 4 | | 9/5/2019 | yes | yes | Appraisal Report of Real Property for Hermitage Club |
| 5 | | 9/5/2019 | yes | yes | Purchase and Sale Contract for the 5 lots |
| 7 | | 9/5/2019 | yes | yes | Settlement Statement for the 5 lots |
| 8 | | 9/5/2019 | yes | yes | Warranty Deed for Lot, State of vermont property tax transfer form |
| 9 | | 9/5/2019 | yes | yes | Warranty Deed for Lot, State of vermont property tax transfer form |
| 10 | | 9/5/2019 | yes | yes | Warranty Deed for Lot, State of vermont property tax transfer form |
| 11 | | 9/5/2019 | yes | yes | Warranty Deed for Lot, State of vermont property tax transfer form |
| 12 | | 9/5/2019 | yes | yes | Warranty Deed for Lot, State of vermont property tax transfer form |
| 6 | | 9/5/2019 | yes | yes | Appraisal for 29 Stags Leap Lane done January 19, 2018 |
| 13 | | 9/5/2019 | yes | yes | Vendor Invoice summary |
| *** | | 9/5/2019 | yes | yes | Exhibits 14-40: Vendor Invoices |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Witness |
| | | 9/5/2019 | | | Lauren Mason |
| | | 9/5/2019 | | | Shaun Golden |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages