# UNITED STATES DISTRICT COURT

for the
District of Vermont

| | |
|---|---|
| SHAUN P. GOLDEN | ) |
| *Plaintiff(s)* | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.  2:19-cv-18 |
| HERMITAGE INN REAL ESTATE HOLDING | ) |
| COMPANY, LLC and JAMES R. BARNES | ) |
| *Defendant(s)* | ) |

## JUDGMENT IN A CIVIL ACTION

☐   **Jury Verdict.**

☑   **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order Dismissing Case (Document No. 27) filed September 24, 2024, this case is DISMISSED with the right to petition, upon good cause shown, within sixty (60) days of the date of the Order to reopen the action.

Previously, pursuant to the court's Judgment Order (Document 23) filed October 3, 2019, default judgment was entered for plaintiff Shaun P. Golden, against defendant James R. Barnes, in the amount of Five Million Four Hundred Fifty-Eight Thousand Two Hundred Sixty-Five Dollars and Sixty-Four Cents ($5,458,265.64).

Date:    September 24, 2024

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   9/25/2024

*/s/ Lisa Wright*

*Signature of Clerk or Deputy Clerk*